**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELISIO ATENIA LORENZO, *Petitioner*, v. MATTHEW G. WHITAKER, Acting Attorney General, *Respondent.* | No. 15-70814 Agency No. A038-467-916 ORDER |

Filed January 17, 2019

Before: Sidney R. Thomas, Chief Judge, and Raymond C. Fisher and Carlos T. Bea, Circuit Judges.

Order

**ORDER**

The opinion filed August 29, 2018, and reported at 902 F.3d 930, is **WITHDRAWN**. A substitute memorandum disposition is filed concurrently with this order.

The government's petition for panel rehearing, filed November 14, 2018 (Dkt. 83), is **DENIED**.

The government's motion for judicial notice, filed November 14, 2018 (Dkt. 84), is **DENIED**.

No further petitions for rehearing en banc may be filed.